**WARREN TERZIAN LLP**
Tom Warren (SBN 160921)
*tom.warren@warrenterzian.com*
Dan Terzian (SBN 283835)
*dan.terzian@warrenterzian.com*
Erick Kuylman (SBN 313202)
*erick.kuylman@warrenterzian.com*
222 N. Pacific Coast Highway, Suite 2000
Los Angeles, CA 90245
T: (213) 410-2620

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DUNN, an individual on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>RENEWAL BY ANDERSEN LLC, a Minnesota limited liability company; and JOHN DOES 1–10,<br><br>Defendants. | Case No. 2:25-cv-07814-SB-SSC<br><br>**Plaintiff's Notice of Dismissal Without Prejudice** |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Alan
2 | Dunn dismisses this action without prejudice.
3 |
4 | Dated: September 2, 2025                    **WARREN TERZIAN LLP**
5 |
6 |                                                             _____
                                                                  Dan Terzian
7 |
                                                                  *Counsel for Plaintiff*
8 |

WARREN TERZIAN LLP